briefs as *amici curiae* granted.  Certiorari denied.

No. 92–868.  REPUBLIC INSURANCE GROUP ET AL. *v.* MALESKI, ACTING INSURANCE COMMISSIONER OF PENNSYLVANIA, ET AL.  Sup. Ct. Pa.  Motion of Reinsurance Association of America for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 92–908.  CAPLINGER ET AL. *v.* DOE.  C. A. 5th Cir.  Motion of National School Boards Association et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 92–951.  GOINS *v.* LANG ET AL.  C. A. 8th Cir.  Motion of respondents Syndicated Communications, Inc., et al. for award of double costs and attorney's fees denied.  Certiorari denied.

No. 92–1008.  SUPPLE ET AL. *v.* HAYS COUNTY GUARDIAN ET AL.  C. A. 5th Cir.  Motion of American Council on Education for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 92–6287 (A–478).  HIRSCHFELD *v.* UNITED STATES.  C. A. 4th Cir.  Motion of petitioner to strike brief in opposition denied.  Application for bail, addressed to JUSTICE THOMAS and referred to the Court, denied.  Certiorari denied.

No. 92–7300 (A–553).  STAMPER *v.* WRIGHT, WARDEN.  C. A. 4th Cir.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Certiorari denied.

No. 91–719.    PARKE, WARDEN *v.* RALEY, *ante*, p. 20;
No. 91–6646.   HADLEY *v.* UNITED STATES, *ante*, p. 19;
No. 91–8060.   ABELLO-SILVA *v.* UNITED STATES, *ante*, p. 835;
No. 92–5642.   IN RE BAUER, *ante*, p. 938;
No. 92–5857.   FLANAGAN *v.* UNITED STATES, *ante*, p. 945;
No. 92–5974.   VEGA *v.* TEXAS, *ante*, p. 988;

· No. 92–5997.   ZIEBARTH *v.* FARM CREDIT BANK OF ST. PAUL, *ante,* p. 988; and

No. 92–6179.   IN RE SANDERS, *ante,* p. 997.   Petitions for rehearing denied.

JANUARY 21, 1993

No. 92–61.   ACKERMAN *v.* CITIBANK (ARIZONA).   C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

JANUARY 22, 1993

No. 92–298.   HART HOLDING CO. INC. ET AL. *v.* DREXEL BURNHAM LAMBERT GROUP, INC., ET AL.   C. A. 2d Cir.   Certiorari dismissed under this Court's Rule 46.

JANUARY 25, 1993

No. 90–1092.   HUBER ET AL. *v.* CASABLANCA INDUSTRIES, INC. C. A. 3d Cir.   Certiorari dismissed under this Court's Rule 46.

JANUARY 26, 1993

No. A–563 (92–7351).   MONTOYA *v.* TEXAS.   Ct. Crim. App. Tex.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari.   Should the petition for writ of certiorari be denied, this stay terminates automatically.   In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.

No. 92–7328 (A–554).   BOLDER *v.* ARMONTROUT, WARDEN. C. A. 8th Cir.   Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred